B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/09)     Case Number **10–01147**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/19/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gabriel Moniz Jr.<br>1164–A Komohana Street<br>Hilo, HI 96720 | Maxine Moniz<br>1164–A Komohana Street<br>Hilo, HI 96720 |
| Case Number:<br>10–01147 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3683<br>xxx–xx–5146 |
| Attorney for Debtor(s) (name and address):<br>Stuart H. Oda<br>282 Ululani Street<br>Hilo, HI 96720<br>Telephone number: 808.935.3355 | Bankruptcy Trustee (name and address):<br>David C. Farmer<br>David C. Farmer Attorney at Law LLLC<br>P.O. Box 4379<br>Honolulu, HI 96812–4379<br>Telephone number: 808 222.3133 |

## Meeting of Creditors
Date: **June 1, 2010**     Time: **11:30 AM**
Location: **Hilo State Office Building, 75 Aupuni Street, 1st Floor, Hilo, HI 96720**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/2/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522–8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 4/19/10 |

| | EXPLANATIONS | B9A (Official Form 9A) (12/09) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. | |

**Refer to Other Side for Important Deadlines and Notices**

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: joni                    Page 1 of 2                   Date Rcvd: Apr 19, 2010
Case: 10-01147                 Form ID: b9a                  Total Noticed: 44

The following entities were noticed by first class mail on Apr 21, 2010.
db/jdb        +Gabriel Moniz, Jr.,    Maxine Moniz,    1164-A Komohana Street,    Hilo, HI 96720-6808
aty           +Stuart H. Oda,    282 Ululani Street,    Hilo, HI 96720-2694
tr             David C. Farmer,    David C. Farmer Attorney at Law LLLC,    P.O. Box 4379,
                Honolulu, HI 96812-4379
1008155        Alliance One,    PO Box 3107,    Southeastern, PA 19398-3107
1008156       +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
1008160       +Beneficial Finance,    P.O. Box 3425,    Buffalo, NY 14240-3425
1008161       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
1008163       +Capital Management Services LP,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
1008165       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
1008166       +Citi/Shell,    Po Box 6497,    Sioux Falls, SD 57117-6497
1008167        Creditors Interchange,    P.O. Box 2270,    Buffalo, NY 14240-2270
1008168       +David Uemura,    1164-A Komohana Street,    Hilo, HI 96720-6808
1008171        Financial Asset Management,    P.O. Box 451409,    Atlanta, GA 31145-9409
1008172       +Fingerhut,    P.O. Box 166,    Newark, NJ 07101-0166
1008173       +First Hawaiian Bank,    Po Box 3200,    Honolulu, HI 96847-0001
1008174       +Gdyr/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
1008176       +HFS FCU,    632 Kinoole Street,    Hilo, HI 96720-3828
1008177       +Hfs Federal Credit Uni,    632 Kinoole St,    Hilo, HI 96720-3828
1008179       +Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
1008185       +MRS Associates, Inc.,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
1008181        Marvin S.C. Dang, Esq.,    P.O. Box 4109,    Honolulu, HI 96812-4109
1008186       +Northland Group Inc.,    PO Box 390905,    Mail Code CSK1,    Minneapolis, MN 55439-0905
1008187       +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
1008188       +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
1008189       +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
1008190       +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497

The following entities were noticed by electronic transmission on Apr 19, 2010.
tr             EDI: QDCFARMER.COM Apr 19 2010 20:43:00      David C. Farmer,
                David C. Farmer Attorney at Law LLLC,    P.O. Box 4379,    Honolulu, HI  96812-4379
1008155        EDI: ALLIANCEONE.COM Apr 19 2010 20:43:00      Alliance One,    PO Box 3107,
                Southeastern, PA 19398-3107
1008156       +EDI: BANKAMER2.COM Apr 19 2010 20:43:00      Bank Of America,    Po Box 1598,
                Norfolk, VA 23501-1598
1008157       +E-mail/PDF: ebknotice@boh.com Apr 20 2010 00:45:45      Bank Of Hawaii,    949 Kamokila Blvd,
                Kapolei, HI 96707-2046
1008158        E-mail/PDF: ebknotice@boh.com Apr 20 2010 00:45:45      Bank Of Hawaii,
                P O Box 2900  Personal Credit Line,    Honolulu, HI 96846-0001
1008159       +EDI: TSYS2.COM Apr 19 2010 20:43:00      Barclays Bank Delaware,    125 S West St,
                Wilmington, DE 19801-5014
1008162       +EDI: CAPITALONE.COM Apr 19 2010 20:43:00      Cap One,    Po Box 85520,    Richmond, VA 23285-5520
1008164       +EDI: CHASE.COM Apr 19 2010 20:43:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
1008165       +EDI: CITICORP.COM Apr 19 2010 20:43:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
1008169       +EDI: RCSDELL.COM Apr 19 2010 20:43:00      Dell Financial Services,    P.O. Box 6403,
                Carol Stream, IL 60197-6403
1008170       +EDI: DISCOVER.COM Apr 19 2010 20:43:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
1008175       +EDI: RMSC.COM Apr 19 2010 20:43:00      Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
1008176       +E-mail/Text: BANKRUPTCY@HFSFCU.ORG                            HFS FCU,    632 Kinoole Street,
                Hilo, HI 96720-3828
1008177       +E-mail/Text: BANKRUPTCY@HFSFCU.ORG                            Hfs Federal Credit Uni,
                632 Kinoole St,    Hilo, HI 96720-3828
1008178       +EDI: HFC.COM Apr 19 2010 20:43:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
1008180       +EDI: TSYS2.COM Apr 19 2010 20:43:00      Juniper Bank,    P.O. Box 13337,
                Philadelphia, PA 19101-3337
1008182       +EDI: TSYS2.COM Apr 19 2010 20:43:00      Mcydsnb/Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
1008183       +EDI: MERRICKBANK.COM Apr 19 2010 20:43:00      Merrick Bank,    P.O. Box 5721,
                Hicksville, NY 11802-5721
1008184        EDI: CBSAAFES.COM Apr 19 2010 20:43:00      Military Star,    P.O. Box 78731,
                Phoenix, AZ 85062-8731
1008188       +EDI: SEARS.COM Apr 19 2010 20:43:00      Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
1008191       +EDI: TSYS2.COM Apr 19 2010 20:43:00      Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
1008192       +EDI: RCSDELL.COM Apr 19 2010 20:43:00      Webbank/Dfs,    12234 N Ih 35 Sb Bldg B,
                Austin, TX 78753-1705
1008193       +EDI: WFNNB.COM Apr 19 2010 20:43:00      Wfcb/Blair Catalog,    Po Box 2974,
                Shawnee Mission, KS 66201-1374
1008194       +EDI: WFFC.COM Apr 19 2010 20:43:00      Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
1008195       +EDI: WFNNB.COM Apr 19 2010 20:43:00      Wfnnb/Woman/Within,    4590 E Broad St,
                Columbus, OH 43213-1301
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2010**          **Signature:** *Joseph Speetjens*